Donald C. Allensworth, Plaintiff-Appellant, v. First Galesburg Nat. Bank and Trust Co., Defendant-Appellee.

Gen. No. 11,172.

Second District, Second Division.
September 24, 1958.
Released for publication October 9, 1958.

Donald C. Allensworth, of Galesburg, pro se, appellant; no appearance for appellee. Opinion by JUSTICE WRIGHT. Not to be published in full.